■ In the Matter of TEARENCE L. RODGERS, Appellant, v NEW YORK CITY HUMAN RESOURCES ADMINISTRATION/DEPARTMENT OF SOCIAL SERVICES et al., Respondents.—Motion for leave to appeal to the Court of Appeals denied as moot. *Sua sponte*, reargument granted and, upon reargument, the order of this court entered on June 20, 1989 (151 AD2d 1057) is recalled and vacated and a new order and accompanying memorandum decision [154 AD2d 233 (decided herewith)] substituted therefor. Concur—Kupferman, J. P., Carro, Ellerin, Smith and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM CANTEY, Appellant.—Judgment, Supreme Court, New York County (James Leff, J.), rendered on October 29, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Kassal, Wallach and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY ELLIOTT, Appellant.—Judgment, Supreme Court, Bronx County (Vincent Vitale, J.), rendered on February 24, 1988, unanimously affirmed. The application for leave to file a *pro se* supplemental brief is denied, without prejudice to an application brought pursuant to CPL article 440. No opinion. Concur—Murphy, P. J., Kupferman, Kassal, Wallach and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO GERMAN, Appellant.—Judgment, Supreme Court, Bronx County (Howard Goldfluss, J.), rendered on August 11, 1987, unanimously affirmed.